# United States District Court
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **CitiFinancial Mortgage Company Inc.** | : | Case No. 1:05-cv-2254 |
| **Plaintiff** | : | District Judge Gaughan |
| | : | Magistrate Judge Hemann |
| vs. | : | |
| **Veronica Solomon, et al.** | : | **MOTION TO VACATE JUDGMENT** |
| | : | **AND DISMISS CASE** |
| **Defendants.** | : | |

unopposed and granted.
/s/ Patricia A. Gaughan
3/13/06

Plaintiff moves for an order vacating the judgment and decree of foreclosure entered in this case pursuant to Rule 60(B)(5) and for an order dismissing this case pursuant to Rule 41(A)(2) of the Federal Rules of Civil Procedure. Plaintiff and Mortgagors Veronica Solomon and Alexander Solomon have entered into a deed in lieu of foreclosure.

Plaintiff wishes to have the judgment and decree of foreclosure vacated so that this case can be dismissed at Plaintiff's costs. Plaintiff acknowledges that the dismissal of its claims will not affect any pending cross-claims. However, in the event the property is taken to sale by another lien holder, Plaintiff requests that its interest be protected or, if possible, that Plaintiff be given an opportunity to have the property sold subject to Plaintiff's mortgage. As a result, Plaintiff wishes to have the case dismissed at Plaintiff's costs.

Respectfully submitted,

/s/ Kevin L. Williams
Kevin L. Williams (0061656)
Manley Deas Kochalski LLC
495 S. High Street - Suite 300
Columbus OH 43215-5869
Telephone: 614-222-4921
Fax 614-220-5613
klw@mdk-llc.com
Attorney for Plaintiff

G:\Cases - TM\05-7927\motion to dissmiss case and vacate jd-060220-MLF.WPD